BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUPINDER SINGH, et al. | No. 1:11-cv-01623 GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiffs challenge the delay in the adjudication of their applications for adjustment of status to that of lawful permanent resident by United States Citizenship and Immigration Services (USCIS). As of the time of this filing, the parties are endeavoring to reach a resolution to the matter at the administrative level. The parties therefore stipulate to and extension of time, until January 30, 2012, for the government to file its answer to the complaint. As well the parties request that the status conference, currently set for January 3, 2012, be reset until sometime after the new answer date.

Dated: November 21, 2011

          BENJAMIN B. WAGNER
          United States Attorney

      By: /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Defendants

      By: /s/ Robert B. Jobe
         Robert B. Jobe
         Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to January 30, 2012. The scheduling conference is reset to February 15, 2012, at 10:00 a.m. The parties Joint Scheduling Report is due one week prior to the conference date.

IT IS SO ORDERED.

**Dated:** **November 21, 2011**     /s/ **Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE