BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

PHUPINDER SINGH, et al.          )     No. 11-cv-F-1623 GSA
                                 )
        Plaintiffs,              )     JOINT STIPULATION AND ORDER RE:
                                 )     SECOND EXTENSION OF TIME
    v.                           )
                                 )
David Roark, Director, USCIS Texas )
Service Center, et al.           )
                                 )
        Defendants.              )
_____ )

    This is an immigration case in which plaintiffs challenge the delay in the adjudication of their

applications for adjustment of status to that of lawful permanent resident by United States

Citizenship and Immigration Services (USCIS).  The parties have previously stipulated to one

extension of time as they endeavor to reach a resolution to the matter at the administrative level.

As of the time of this filing, the parties continue to work toward such a resolution.  Accordingly,

the parties stipulate to a second extension of time, until March 30, 2012, for the government to

file its answer to the complaint.  As well the parties request that the status conference, currently

set for February 15, 2012, be reset until sometime after the new answer date.

Dated: January 27, 2012

BENJAMIN B. WAGNER
United States Attorney


By:     /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants


By:     /s/Anna Louise Benvenue
        Anna Louise Benvenue
        Attorney for the Plaintiffs


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the government's time to file an answer to the complaint is extended to March

30, 2012.  The initial scheduling conference previously set for February 15, 2012 is continued

until April 25, 2012 at 10:00 am.  The parties Joint Scheduling Report is due seven days prior to

the conference date.


IT IS SO ORDERED.

**Dated:   January 26, 2012**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE