1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

   Attorneys for Defendants

   IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA

   PHUPINDER SINGH, et al.           )   No. 11-cv-F-1623 GSA
                                     )
         Plaintiffs,                 )   JOINT STIPULATION AND ORDER RE:
                                     )   THIRD EXTENSION OF TIME
      v.                             )
                                     )
   David Roark, Director, USCIS Texas)
   Service Center, et al.            )
                                     )
         Defendants.                 )
   _____    )

   This is an immigration case in which plaintiffs challenge the delay in the adjudication of their applications for adjustment of status to that of lawful permanent resident by United States Citizenship and Immigration Services (USCIS).  The parties have previously stipulated to two extensions of time as they endeavor to reach a resolution to the matter at the administrative level.  As of the time of this filing, the parties continue to work toward such a resolution.  Specifically, plaintiff is in the process of being scheduled for a new interview with USCIS.  Accordingly, the parties stipulate to a third extension of time, until May 30, 2012, for the government to file its answer to the complaint.  As well the parties request that the status conference, currently set for April 25, 2012, be reset until sometime after the new answer date.

Dated: March 29, 2012

                                              BENJAMIN B. WAGNER
                                              United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/Anna Louise Benvenue
        Anna Louise Benvenue
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to May 30, 2012.  The status conference is reset to June 28, 2012 at 10:00 am. The parties Joint Scheduling Report is due seven days prior to the conference date.

IT IS SO ORDERED.

Dated:   **April 2, 2012**                /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE