BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHUPINDER SINGH, et al. | No. 1:11-cv-01623-GSA |
| Plaintiffs, | STIPULATION AND ORDER RE: FOURTH EXTENSION OF TIME |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs challenge the delay in the adjudication of their applications for adjustment of status to that of lawful permanent resident by United States Citizenship and Immigration Services (USCIS). The parties have previously stipulated to three extensions of time as they endeavor to reach a resolution to the matter at the administrative level. As of the time of this filing, the parties continue to work toward such a resolution. Plaintiff has recently been interviewed by USCIS; the agency now requires additional time to endeavor to adjudicate the application. Accordingly, the parties stipulate to an extension of time, until August 15, 2012, for the government to file its answer to the complaint. As well the parties request that the status conference be reset until sometime after the new answer date.

Dated: May 25, 2012

          BENJAMIN B. WAGNER
          United States Attorney

       By: /s/Audrey Hemesath
          Audrey B. Hemesath
          Assistant U.S. Attorney
          Attorneys for the Defendants

       By: /s/Anna Louise Benvenue
          Anna Louise Benvenue
          Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to August 15, 2012. The status conference is reset to August 27, 2012 at 9:30a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

 Dated: **May 25, 2012**      /s/ **Gary S. Austin**
                 UNITED STATES MAGISTRATE JUDGE