IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHUPINDER SINGH, et al., | ) | 1:11-cv-1623 GSA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID ROARK, et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Notice of Voluntary Dismissal filed on July 31, 2012, by Plaintiffs, Phupinder Singh, Harpreet Kaur, Japinderjit Kaur, Ramanjti Kaur, and Damanjit Singh, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 1, 2012            /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE

1