1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE
8                 EASTERN DISTRICT OF CALIFORNIA
9
PHUPINDER SINGH, et al.,        )        1:11-cv-1623 GSA
10                              )
            Plaintiffs,         )
11                              )
                                )        ORDER DISMISSING ACTION
12                              )
                                )
13      vs.                     )
                                )
DAVID ROARK, et al,            )
14                              )
                                )
15          Defendants.         )
                                )
16  _____ )
17
18      Pursuant to Notice of Voluntary Dismissal filed on July 31, 2012, by Plaintiffs,
19  Phupinder Singh, Harpreet Kaur, Japinderjit Kaur, Ramanjti Kaur, and Damanjit Singh, this
20  action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of
    Civil Procedure.  The Clerk of the Court is directed to close this case.
21
        IT IS SO ORDERED.
22
        **Dated:   August 1, 2012**           _/s/ Gary S. Austin_
23                                        UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                     1